AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERENCE JAVON FLOYD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:23-cv-104

CORPORAL FARRELL, TERRY MAYS, and T. HINES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, based on the Order dated December 3, 2024, the Court grants as unopposed Defendants' Motion to Dismiss and dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Order. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

_December 4, 2024_
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020